UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTRELL TEEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERVISOR JOHN DOE # 2 and ST. CLAIR COUNTY SHERIFF,<br><br>　　　　Defendants. | Case No. 18-cv-992-JPG-MAB |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 43) of Magistrate Judge Mark A. Beatty recommending that the Court deny the motion for summary judgment filed by defendant St. Clair County Sheriff, which seeks dismissal of this case for failure to exhaust administrative remedies (Doc. 18).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 43); and

- **DENIES** the St. Clair County Sheriff's motion for summary judgment on the issue of exhaustion (Doc. 18).

The Court has further reviewed the St. Clair County Sheriff's notice (Doc. 45) identifying

John Doe # 2 as Lt. Karl Pannier.   In light of this identification, the Court:

- **DIRECTS** the Clerk of Court to **SUBSTITUTE** Lt. Karl Pannier for Supervisor John Doe # 2.   Supervisor John Doe # 2 is terminated from this case;

- **DISMISSES** the St. Clair County Sheriff from this case as he has identified the unknown defendant, the only purpose for which he was added as a defendant; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

    Service of defendant Pannier will be ordered in a separate order.

**IT IS SO ORDERED.**
**DATED:   June 6, 2019**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**